UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM PAUL CRACE** | * | **CIVIL ACTION NO.:** |
| **VERSUS** | * | **SECTION:** |
| **NORTHROP GRUMMAN SHIP SYSTEMS, INC. &** **HUNTINGTON INGALLS INC.** | * * | |
| | * | **MAGISTRATE:** |

* * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR DAMAGES

The complaint of **WILLIAM PAUL CRACE,** of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana, with respect represents.

1.

This claim is presented under 33 U.S.C. §905(b). The jurisdiction of this court is invoked under 28 U.S.C. §1331.

2.

Made defendants are **NORTHROP GRUMMAN SHIP SYSTEMS, INC. and HUNTINGTON INGALLS, INC.,** foreign corporations doing business in the Eastern District of Louisiana, and capable of being sued in the Eastern District.

3.

Defendants are justly and truly indebted unto complainant in a sum which will sufficiently compensate him for his injuries, together with legal interest from judicial demand and for all costs of these proceedings, for the following, to-wit:

4.

On or about August 12, 2009, complainant was performing his duties as a marine engineer

for Alion Science & Technology, aboard a ship, LPD21, which was being built for the United States Navy by the defendants.  The ship had not been commissioned or delivered to the Navy at that time (it was subsequently commissioned as the *New York)*.  The ship was moored in the territorial waters of Louisiana, at the defendants' facility in Avondale, Louisiana.  **NORTHROP GRUMMAN SHIP SYSTEMS, INC.** and/or **HUNTINGTON INGALLS, INC.** were the owners or owners pro hac vice of said ship.

5.

On said date, complainant was on his way to the HVAC room.  In order to reach same, it was necessary to lift a hatch, and descend a ladder.  Complainant was severely injured when he fell from a  defective recessed ladder, which had been designed, constructed and installed by the defendants.

6.

Complainant avers that the defendants were aware of the defective design, and/or construction,  and/or installation of the ladder, but refused to correct same, despite complaints that it was unsafe.

7.

The accident complained of was a result of the negligence attributable to the defendants **NORTHROP GRUMMAN SHIP SYSTEMS, INC. and/or HUNTINGTON INGALLS, INC.,** and/or their employees and/or the negligence of their vessel, under 33 U.S.C. §905(b), and the general maritime law.

8.

Defendants were negligent in failure to discharge their duty to ensure that complainant was provided a safe place to work; in failing to remedy this known danger and hazard; in failing to warn

of the hazard and danger of which they had actual knowledge that remained under their active control; and in failing to ensue that such hazard and danger was protected against.

9.

As a result of the negligence of the defendants, complainant suffered severe injury to his back, entitling him to damages for the following:

    PAST AND FUTURE MEDICAL EXPENSES

    PAST AND FUTURE PHYSICAL PAIN AND SUFFERING

    PAST AND FUTURE MENTAL PAIN AND ANGUISH

    PHYSICAL DISABILITY

    PHYSICAL DISFIGUREMENT AND SCARRING

    LOSS OF ENJOYMENT OF LIFE

    LOSS OF WAGES

    LOSS OF EARNING ABILITY

10.

Complainant is entitled to and prays for a trial by jury.

WHEREFORE, complainant, **WILLIAM PAUL CRACE,** prays that defendants be duly cited to appear and answer this complaint, and after due proceedings had, there be judgment in his favor and against the defendants, **NORTHROP GRUMMAN SHIP SYSTEMS, INC. and HUNTINGTON INGALLS, INC.** for such damages as are necessary to fully and fairly compensate complainant, together with interest thereon from date of judicial demand, until paid; for all coss of

these proceedings; for all just and equitable relief; and for a trial by jury.

Respectfully Submitted,

**Chehardy, Sherman, Ellis, Murray,  Recile, Griffith, Stakelum & Hayes, LLP**

*S/ George B. Recile*
**GEORGE B. RECILE (#11414)**
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone:  (504) 833-5600
Facsimile:   (504) 833-8080
gbr@chehardy.com

and

**TROY KELLER, #21661**
917 N. Causeway Boulevard
Metairie, Louisiana 70001
(504) 835-7833
troy@troykeller.com